Umberto LISI et al.

v.

Michael MARRA.

No. 78–255–A.

Supreme Court of Rhode Island.

Dec. 20, 1979.

Calvino & Ciccone, Richard A. Ciccone, Providence, for plaintiffs.

W. Slater Allen, Jr., Providence, for defendant.

## ORDER

The plaintiffs' motion to dismiss this appeal for failure of defendant to file his brief is granted, provided, that this appeal shall be automatically reinstated if defendant shall file his brief on or before January 21, 1980.

DORIS and WEISBERGER, JJ., did not participate.